# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Virgil Wilkinson, Charles Wilkinson, Alva Rose Hall, Wilbur D. Wilkinson, for themselves and as heirs of Ernest Wilkinson, Mollie Wilkinson, Harry Wilkinson, and Virginia Wilkinson, <br><br> Plaintiffs, <br><br> v. <br><br> Gale Norton, Secretary of the Interior, United States Department of the Interior, Bureau of Indian Affairs, Superintendent Adeline Brunsell, Acting Superintendent Angus Fox, Acting Area Director Gerry E. Foell, <br><br> Defendant. | **ORDER SCHEDULING STATUS CONFERENCE** <br><br> Case No. 1:03-cv-002 |

The court shall conduct a status conference in the above-entitled action in chambers at the U.S. Courthouse in Bismarck, North Dakota, on <u>Wednesday, June 13, 2006, at 9:00 a.m. CDT</u>. The parties should be prepared to discuss future litigation deadlines, the trial date, and tentative dates for any court-hosted settlement conferences.

**IT IS SO ORDERED.**

Dated this 30th day of May, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge