# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Virgil Wilkinson, Charles Wilkinson, Alva Rose Hall, Wilbur D. Wilkinson, for themselves and as heirs of Ernest Wilkinson, Mollie Wilkinson Harry Wilkinson, and Virginia Wilkinson, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>Gale Norton, Secretary of the Interior, United States Department of the Interior, Bureau of Indian Affairs, Superintendent Adeline Brunsell, Acting Superintendent Angus Fox, Acting Area Director Gerry E. Foell, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **AMENDED ORDER SCHEDULING STATUS CONFERENCE** <br><br><br><br><br><br>Case No. 1:03-cv-002 |

The court shall conduct a status conference in the above-entitled action in chambers at the U.S. Courthouse in Bismarck, North Dakota on **Tuesday**, June 13, 2006, at 9:00 a.m. CDT. The parties should be prepared to discuss future litigation deadlines, the trial date, and tentative dates for any court-hosted settlement conferences.

**IT IS SO ORDERED.**

Dated this 9th day of June, 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

Dockets.Justia.com