**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Virgil Wilkinson, Charles Wilkinson, Alva Rose Hall, Wilbur D. Wilkinson, for themselves and as heirs of Ernest Wilkinson, Mollie Wilkinson, Harry Wilkinson, and Virginia Wilkinson, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **AMENDED SCHEDULING/DISCOVERY ORDER** |
| Plaintiffs, | | |
| v. | | |
| United States of America, | | Case No. 1:03-cv-002 |
| Defendant. | | |

_____

Pursuant to Rule 26(f), the court conducted a scheduling conference on Tuesday, June 13, 2006. After conferring, the parties have agreed upon the following pretrial deadlines:

1. The parties shall have until <u>February 23, 2007</u>, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    Plaintiffs shall have until <u>November 1, 2006</u>, to provide the names of expert witnesses and complete reports.

    The Defendants shall have until <u>December 15, 2006</u>, to provide the names of its experts and complete reports.

    Plaintiffs shall have until <u>January 15, 2007</u>, to provide the names of any rebuttal experts and complete reports.

3. The parties shall have until <u>February 23, 2007</u>, to complete discovery depositions of expert witnesses.

4. The parties shall have until <u>September 1, 2006</u>, to move to join additional parties.

5. The parties shall have until <u>October 1, 2006</u>, to move to amend pleadings to add claims or defenses.

6.  The parties shall have until <u>October 1, 2006</u>, to file other nondispositive motions (e.g., consolidation, bifurcation).

7.  The parties shall have until <u>February 23, 2007</u>, to file other dispositive motions (summary judgment as to all or part of the case).

8.  Each party shall serve no more than <u>25</u> interrogatories, including subparts.  No broad contention interrogatories (i.e., "List all facts supporting your claim that . . .") shall be used.

9.  Each side shall take no more than <u>10</u> discovery depositions.  (Show good cause for more than the 10 depositions allowed by Rule 30.)

10. Depositions taken for presentation at trial shall be completed <u>30</u> days before trial.

11. This case is presently scheduled as a <u>jury</u> trial, but both parties need to look at the issue of whether a jury trial is available for an FTCA action.

12. The estimated length of trial is <u>5</u> days.

**IT IS SO ORDERED.**

Dated this 21th day of June, 2006.

<u>/s/ Charles S. Miller, Jr.</u><br>
Charles S. Miller, Jr.<br>
United States Magistrate Judge