IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Virgil Wilkinson, Charles Wilkinson, Alva Rose Hall, Wilbur D. Wilkinson, for themselves and as heirs of Ernest Wilkinson, Mollie Wilkinson, Harry Wilkinson, and Virginia Wilkinson, | ) ) ) ) ) ) | Civil No. 1:03-cv-002 **ORDER GRANTING MOTION TO COMPEL TAXPAYER RETURN INFORMATION** |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | |
| United States of America, | ) ) | |
| Defendant. | ) | |

UPON motion of the United States to compel taxpayer information, the Court finds that the disclosure of the taxpayer information of Ernest and/or Mollie Wilkinson is authorized pursuant to 26 U.S.C. §6103(e)(3) since the plaintiffs are heirs at law, next of kin, or beneficiaries under the Ernest and/or Mollie Wilkinson wills, and that they have a material interest in the taxpayer information by virtue of the damage claims in the present lawsuit;

Now upon all the files, records, and findings contained herein,

**IT IS HEREBY ORDERED:**

1. That the motion to compel taxpayer return information is granted;

2. That the requirements of 26 U.S.C. §6103(e)(3) are satisfied;

3. That Wilbur Wilkinson, as a representative of the plaintiffs, is hereby authorized and directed to immediately execute Form 8821 and return it to the United States;

4. That the IRS is authorized pursuant to 26 U.S.C. §6103(e)(3) to release the taxpayer information to Wilbur Wilkinson by sending it to his attorney, John Mahoney, Mahoney & Mahoney, P. O. Box 355, Center, ND 58530; and

5.	Mr. Mahoney is directed to send the taxpayer information to the United States.

Dated this 17th day of April, 2007.

              <u>/s/ Charles S. Miller, Jr.</u>
              Charles S. Miller, Jr.
              United States Magistrate Judge