**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Virgil Wilkinson, Charles Wilkinson, Alva Rose Hall, Wilbur D. Wilkinson, for themselves and as heirs of Ernest Wilkinson, Mollie Wilkinson, Harry Wilkinson, and Virginia Wilkinson, | ) ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| United States of America, | ) ) | Case No. 1:03-cv-002 |
| Defendant. | ) | |

At the request of Judge Hovland, a settlement conference will be held before the magistrate judge on Wednesday, June 14, 2010, at the U.S. Courthouse located in Bismarck, North Dakota, prior to the hearing on the Government's "Motion for Relief from Final Judgment and Motion to Amend Final Judgment." The settlement conference shall begin 9:00 a.m. in courtroom #2. All parties and attorneys of record are ordered to attend.

**IT IS SO ORDERED.**

Dated this 25th day of June, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge