## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Virgil Wilkinson, Charles Wilkinson, Alva Rose Hall, Wilbur D. Wilkinson, for themselves and as heirs of Ernest Wilkinson, Mollie Wilkinson, Harry Wilkinson, and Virginia Wilkinson, | ) ) ) ) ) ) | **ORDER (AMENDED)** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| United States of America, | ) ) | Case No. 1:03-cv-002 |
| Defendant. | ) | |

_____

At the request of Judge Hovland, a settlement conference will be held before the magistrate judge on Wednesday, July 14, 2010, at the U.S. Courthouse located in Bismarck, North Dakota, prior to the hearing on the Government's "Motion for Relief from Final Judgment and Motion to Amend Final Judgment." The settlement conference shall begin 9:00 a.m. in courtroom #2. All parties and attorneys of record are ordered to attend.

**IT IS SO ORDERED.**

Dated this 28th day of June, 2010.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge